IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAECEO DICKEY, # B-16381, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-cv-1024-NJR-DGW |
| | ) |
| RICHARD HARRINGTON, | ) |
| C/O BEBOUT, C/O HOLMES, | ) |
| SGT. EALY, NURSE STEPHANIE, | ) |
| and NURSE MISSY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**WILKERSON, Magistrate Judge:**

This matter is before the Court for the purpose of docket control. As of today, Defendant C/O Holmes has not been served. A waiver of service of process was returned unexecuted as to Defendant Holmes on October 30, 2014 with the notation that the defendant is unidentifiable because there are no officers with that name at the Menard Correctional Center (Doc. 17). Plaintiff has not provided any other information that could be used to serve Defendant Holmes.

Accordingly, Plaintiff shall provide additional information (physical description, work area/schedule, dates of interaction, etc.) by December 29, 2014 to the Clerk of Court to identify this Defendant so that process may be served upon him/her. Plaintiff is **WARNED** that the failure to provide information by the deadline may result in dismissal of Defendant Holmes for failure to prosecute.

**IT IS SO ORDERED.**

**DATED: November 18, 2014**

                                                                  **DONALD G. WILKERSON**
                                                                  **United States Magistrate Judge**